[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11451
Non-Argument Calendar
_____

D.C. Docket No. 9:13-cr-80034-KAM-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO MARKEITH BEVERLY,
a.k.a. Tony,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(October 30, 2014)

Before TJOFLAT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Michael J. Entin, appointed counsel for Antonio Beverly in this direct criminal appeal, has moved to withdraw from further representation of Beverly and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Beverly's convictions and sentences are **AFFIRMED**.